EX PARTE SANTIAGO ET AL.

APPLICATION for a Writ of Habeas Corpus.

No. 41.—Decided November 26, 1904.

JURISDICTION—JUSTICES OF THE PEACE.—Justices of the peace are without jurisdiction to try a case wherein the crime charged is punishable by a fifteen dollar fine or thirty days in jail, or both fine and imprisonment.

ID.—HABEAS CORPUS.—Where a defendant is condemned by a court which has no jurisdiction of the offense charged, his imprisonment is illegal and he should be discharged from custody on *habeas corpus* proceedings.

STATEMENT OF THE CASE.

The petitioners, Marcelino Santiago and Mariano López, alleged as one of the grounds for their enlargement under the writ of *habeas corpus* the following:

''The justice of the peace court of Carolina has exceeded its jurisdiction:

''In accordance with section 549 of the Penal Code, 'any person who shall carry abroad any other kind of weapon in violation of section 548 of this title, shall be punished by a fine of not more than $15

or be imprisoned not exceeding thirty days, or both such fine and imprisonment, in the discretion of the justice of the peace.'

"According to section 550 of the Penal Code, the justice of the peace has jurisdiction of prosecutions for violations of Title XVIII of the said Code.

"But the aforesaid Article 550, conferring such jurisdiction upon justices of the peace, was repealed and revoked by a later law with which it is in conflict, i. e., section 14 of the law of the Legislative Assembly of Porto Rico, entitled 'An Act to Reorganize the Judiciary of Porto Rico, and for other purposes,' approved March 10, 1904.

"According to this law, justices of the peace have jurisdiction only in cases in which the punishment imposed does not exceed a fine of $15, or imprisonment in jail for thirty days, but not when the crime charged is punishable by both fine and imprisonment.

"So, then, justices of the peace have jurisdiction only of crimes punishable by a fine of $15, or imprisonment for thirty days (but in no case where the crime is punishable by both fine and imprisonment), therefore the justice of the peace of Carolina was without jurisdiction to pronounce sentence against your petitioner condemning him to serve thirty days in jail."

*Mr. Guerra,* for petitioner.

### OPINION OF THE COURT.

The justice of the peace is without jurisdiction in this case, because the crime, according to secton 549 of the Penal Code, is punishable by a fine of fifteen dollars or thirty days imprisonment in jail, or both of such punishments. In view of the provisions of section 14 of the Act of the Legislative Assembly of Porto Rico Reorganizing the Judiciary of Porto Rico, approved March 10 of the present year, and also in view of subdivision 1, of section 483 of the Code of Criminal Procedure, the prayer for enlargement herein made by Attorney Miguel Guerra on behalf of Marcelino Santiago and Mariano López is hereby granted, and it is therefore decreed that the said prisoners be immediately discharged, with costs to the Government.

Chief Justice Quiñones, and Justices Hernández, Figueras, MacLeary, and Wolf concurred.